```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF KENTUCKY
                  NORTHERN DIVISION
                    AT COVINGTON
```

CIVIL ACTION NO. 2013-223 (WOB-CJS)

**MARY FRANCES JONES**                                            **PLAINTIFF**

VS.                           <u>ORDER</u>

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**                               **DEFENDANT**

   This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #15), and there being no objections filed thereto, the Court being advised,

   **IT IS ORDERED** that the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is hereby **affirmed**; that plaintiff's motion for summary judgment (Doc. #13) is **denied**; and that defendant's motion for summary judgment (Doc. #14) is **granted**.  A separate Judgment shall enter concurrently herewith.

   This 15th day of May, 2015.



Signed By:
<u>William O. Bertelsman</u>  WOB
United States District Judge